**NPF LTD., Plaintiff–Appellant,**

v.

**SMART PARTS, INC., Defendant–Appellee.**

**NPF Ltd., Plaintiff–Appellee,**

v.

**Smart Parts, Inc., Defendant–Appellant.**

**No. 05–1273, 05–1333.**

United States Court of Appeals, Federal Circuit.

Dec. 16, 2005.

ON MOTION

BRYSON, Circuit Judge.

*ORDER*

Smart Parts, Inc. moves without opposition to voluntarily dismiss its cross-appeal, from the judgment issued by the United States District Court for the Western District of Wisconsin in 04–CV–0221,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. Each side shall bear its own costs in 05–1333.

(2) Smart Parts should file a corrected appellee's brief in 05–1273, deleting any reference to its cross-appeal, within 14 days of the date of filing of this order.

(3) A copy of this order shall be transmitted to the merits panel assigned to hear 05–1273.